McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00016-DAD-BAM |
| Plaintiff, | FINDINGS AND ORDER CONTINUING TRIAL |
| v. | DATE: February 25, 2020 |
| MIGUEL ANGEL CORRALES, | TIME: 8:30 a.m.<br>COURT: Hon. Dale A. Drozd |
| Defendants. | |

The Court has read and considered the Stipulation to Continue Trial and Exclusion of Time, filed by the parties in this matter on February 4, 2020. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause to continue trial.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the trial confirmation hearing is continued to March 16, 2020, at 10 a.m. and the date of the trial is continued to March 31, 2020, at 8:30 a.m. The Pretrial Order is vacated.

1

2. The time between February 25, 2020, and March 31, 2020, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time.

IT IS SO ORDERED.

Dated: **February 4, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE