UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIGUEL ANGEL CORRALES,<br><br>　　　　　Defendant. | No. 1:18-cr-00016-ADA-BAM-1<br><br><br>ORDER<br><br><br>(ECF Nos. 58, 62) |

On February 16, 2024, defendant Miguel Angel Corrales filed a notice of withdrawal of his motion to reduce sentence. (ECF No. 62.) Pursuant to defendant's notice, the pending motion to reduce sentence filed on December 7, 2023 (ECF No. 58) is hereby withdrawn.

　　　IT IS SO ORDERED.

DATED: February 27, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1